LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PATRICK A. LAUDER,<br><br>　　　　　Defendant | No. CV A 12- 5303<br><br>CONSENT JUDGMENT |

　　Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Patrick A. Lauder, in the principal amount of $2,797.35 plus interest accrued to June 4, 2012, in the sum of $4,942.43; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $40.00, for a total amount of $7,779.78.

DATED: 7/3/2012　　　　　　By: TERRY NAFISI
　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　L. RAYFORD
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　United States District Court

Page 5